UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MELISSA LE,

        Defendant.



Crim. No. 02-CR-37 (NAM) -4

## DEFAULT JUDGMENT OF FORFEITURE

Upon motion of the United States of America, and pursuant to Fed. R. Crim. P. 46(f)(3), I hereby enter a default judgment of forfeiture.

Norman A. Mordue
United States District Judge

July 14, 2005